1

2

3

4

5

6                                  UNITED STATES DISTRICT COURT

7                            FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9     KEVIN B. JOHNSON,                               No.  2:12-cv-02400 WBS DAD P

10                    Plaintiff,

11           v.                                       ORDER

12    R. ROBINSON, et al.,

13                    Defendants.

14

15          On March 7, 2014, plaintiff filed a document styled, "Objections To Magistrate Judge's

16    Findings/Order Dated Feb. 28, 2014 Denying Plaintiff's Request For The Appointment Of

17    Counsel - Only."  (ECF No. 29.)  The court construes plaintiff's objections as a request for

18    reconsideration of the magistrate judge's order filed March 3, 2014 (ECF No. 25).  Pursuant to

19    E.D. Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or

20    contrary to law."  Id.  Upon review of the entire file, the court finds that it does not appear that the

21    magistrate judge's ruling was clearly erroneous or contrary to law.

22          Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the

23    magistrate judge filed March 3, 2014, denying plaintiff's request for the appointment of counsel,

24    is affirmed.

25    Dated:  March 14, 2014

26

27                                                    WILLIAM B. SHUBB
                                                     UNITED STATES DISTRICT JUDGE
28

                                                     1