UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| KEVIN BRUCE JOHNSON,<br><br>            Plaintiff,<br><br>     v.<br><br>R. ROBINSON, Correctional Counselor I; et al,<br><br>            Defendants. | No. 2:12-cv-2400 WBS-DAD<br><br>**Court of Appeals No. 15-16398**<br><br>**ORDER** |

----oo0oo----

        In response to the Order of the Court of Appeals referring this matter to this court for the limited purpose of determining whether in forma pauperis status should continue for appeal, this court cannot say the appeal is entirely frivolous or taken in bad faith.  Accordingly this court does not revoke plaintiff's in forma pauperis status for the pending appeal.

        The Clerk of this Court is ordered to forward a copy of this Order to the Clerk of the United States Court of Appeals for the Ninth Circuit.

1

1 | Dated: July 17, 2015
2 |
3 | /s/ William B. Shubb
  | WILLIAM B. SHUBB
4 | UNITED STATES DISTRICT JUDGE
5 |
6 |
7 |
8 |
9 |
10 |
11 |
12 |
13 |
14 |
15 |
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |